IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
**Civil Action No.: 1:17-cv-00357-TDS-JEP**

|  |  |  |
|---|---|---|
| HANESBRANDS INC., | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **CONSENT MOTION FOR EXTENSION OF TIME** |
| JACQUES MORET, INC., | ) ) | **(to Answer or Otherwise Respond)** |
| Defendant. | ) ) ) | |

COMES NOW Defendant Jacques Moret, Inc. ("Moret" or the "Defendant"), through counsel and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 6.1, and requests a fourteen (14) day extension of time in which to serve their answer or otherwise respond to Plaintiff's Complaint.

In support of this Motion, Defendant Moret shows the Court:

1. Moret was served with the Complaint in this action on May 3, 2017.

2. Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, Moret is required to serve their responsive pleading within twenty-one (21) days after service of the respective Summons and the Complaint. Thus, the deadline for Moret to serve a responsive pleading is currently May 24, 2017.

3. Moret further shows the Court that their counsel has retained local counsel and requires additional time to investigate the allegations of Plaintiff's Complaint and obtain information sufficient to file a responsive pleading.

4. Counsel for Moret has consulted with counsel for Plaintiff.

5. Plaintiff's counsel consents to this extension of time.

6. A proposed order granting this Motion is attached as Exhibit A.

WHEREFORE, Defendant Jacques Moret, Inc. respectfully requests an extension of time of fourteen (14) days to and including June 7, 2017, in which to serve their Answer or other responsive pleading in this case.

This the 17th day of May, 2017.

Respectfully submitted,

/s/ W. Thad Adams, III
W. Thad Adams, N.C. Bar No. 000020
SHUMAKER, LOOP & KENDRICK, LLP
101 South Tryon Street, Suite 2200
Charlotte, NC 28280-0002
Telephone: (704) 945-2901
Facsimile: (704) 332-1197
Email: tadams@slk-law.com

/s/ Nuala E. Droney
Nuala E. Droney (*Admission Pending*)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103
Telephone: (860) 275-8346
Facsimile: (860) 275-8299
Email: ndroney@rc.com

*Attorneys for Defendant Jacques Moret, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

>  /s/ W. Thad Adams, III
> W. Thad Adams, N.C. Bar No. 000020
> SHUMAKER, LOOP & KENDRICK, LLP
> 101 South Tryon Street, Suite 2200
> Charlotte, NC  28280-0002
> Telephone: (704) 945-2901
> Facsimile:  (704) 332-1197
> Email: tadams@slk-law.com